FILED
MAY 14 2024
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

BUU

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 24-109 |
| | ) | |
| v. | ) | (18 U.S.C. § 922(g)(1)) |
| | ) | |
| CLAUDE ARMONDO LEE | ) | **[UNDER SEAL]** |

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about March 21, 2024, in the Western District of Pennsylvania, the defendant, CLAUDE ARMONDO LEE, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely:

Firearm Possessed with Schedule I or II Controlled Substances, on or about November 10, 2011, at Docket Number 041CR11F0123602, in the Circuit Court of Chesterfield County, Commonwealth of Virginia; and

Firearms Not to be Carried Without License, on or about March 22, 2023, at Docket Number CP-02-CR-0000717-2022 in the Court of Common Pleas, County of Allegheny, Criminal Division, Commonwealth of Pennsylvania;
knowingly possessed, in and affecting interstate commerce, ammunition, to wit: WIN 9mm caliber LUGER ammunition and SIG 9mm caliber LUGER ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offense to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offense, including, but not limited to:

Various rounds of WIN 9mm caliber LUGER ammunition;

Various rounds of SIG 9mm caliber LUGER ammunition;

One black and brown 3-D printed Poly-80 pistol; and

One PMag magazine.

A True Bill,

_____
FOREPERSON

_____
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

_____
JUSTIN E. LEWIS
Assistant United States Attorney
NY ID No. 5797626